**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 194 WAL 2015
:
Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
MARVASE J. SPELL, :
:
Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 4th day of August, 2015, the Petition for Allowance of Appeal and Application for Relief are hereby **DENIED**.